Exhibit A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 1 03:47:22 EDT 2020

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [　　] OR [Jump] to record: [　　] **Record 2 out of 2**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BOWERY KITCHEN SUPPLIES** WHERE THE CHEFSSHOP |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services featuring supplies and equipment for restaurant and home kitchen; On-line retail store services featuring supplies and equipment for restaurant and home kitchen. FIRST USE: 19960401. FIRST USE IN COMMERCE: 19960401 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 06.07.01 - Skylines<br>11.01.01 - Spoons<br>11.01.03 - Forks<br>11.01.11 - Beaters (non -electric); Beaters, egg (non-electric); Egg beaters, non-electric; Food mixers, non-electric; Mixers, non-electric food; Whisk (non-electric)<br>11.01.25 - Brushes, basting; Chopsticks; Churns, butter (manual); Cups, measuring; Fruit juices, non-electric; Garlic presses (non-electric); Graters, cheese; Holders, kitchen utensil; Ice cube trays; Juicers, non-electric; Ladles (soup); Measuring cups; Napkin holders; Other non-electric kitchen utensils, utensil holders; Pasta makers, non-electric; Potato peelers; Racks, kitchen tool; Scoops, ice cream; Shakers, cocktail; Sharpeners, knife (non-electric)<br>11.07.25 - Butcher knives; Carving knives (kitchen), non-electric; Cleaver; Knives, folding; Knives, kitchen (with pointed ends); Knives, pocket; Meat choppers and grinders, meat choppers (knives); Paring knives; Pocket knives; Scalpels; Switchblade<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 87392850 |
| **Filing Date** | March 30, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |

| | |
|---|---|
| Published for Opposition | August 22, 2017 |
| Registration Number | 5328495 |
| Registration Date | November 7, 2017 |
| Owner | (REGISTRANT) Bowery Kitchen Supplies Inc. CORPORATION NEW YORK 460 West 16th Street New York NEW YORK 10011 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOWERY KITCHEN SUPPLIES" APART FROM THE MARK AS SHOWN |
| Description of Mark | The color(s) orange, white and grey is/are claimed as a feature of the mark. The mark consists of the word "BOWERY" in white letters superimposed at the bottom of an orange city scape design which replaces the buildings with kitchen utensils. A rectangular area with the wording "KITCHEN SUPPLIES" appears in grey lettering underneath; the color white in this area represents transparent or background areas only and is not claimed as a feature of the mark. A grey rectangle with the wording "WHERE THE CHEFS SHOP" in white letters inside appears under the words "KITCHEN SUPPLIES". |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4809:mo0u4u.2.2   10/1/2020