Exhibit B

Marcus Lemonis LLC
250 Parkway Drive
Lincolnshire IL 60069

Marcus Lemonis LLC has agreed to pay Bowery Kitchen Supply of $200,000 for working capital, 82k for payroll and rent, and 176k for It infrastructure, and $18,000 for credit cards, and $18,000 to pay down Chase Bank Loan, and renovation etc. in exchange for:

1. Robin and Howard are exempt from having to turn over any equity of bowery Chelsea market
2. Robin and Howard are not obligated to pay back any of the above said monies
3. Robin and Howard are entitled to 10% of all web net revenue not including shipping, taxes or returns but are not obligated to provide any capital but are provided to help with vendor lineup and department expertise
4. Robin and Howard are entitled to 3% of all revenue from any bowery store opened up globally but are not required to provide any capital and have no liability for anything.
5. Robin and Howard are entitled to receive 5% of any bowery branded products sold in the marketplace outside of the stores, ie qvc, bed bath and beyond.

Robyn Coval

X_____

Howard Nourieli

X_____

*We discussed rights we keep to N.Y., MIAMI, AMSTERDAM*