UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

HOWARD NOURIELI, an individual, and BOWERY KITCHEN SUPPLIES, INC., a New York Corporation,

    Plaintiffs,

- against -

MARCUS LEMONIS, an individual, MARCUS LEMONIS, LLC, a Delaware limited liability company, CAMPING WORLD HOLDINGS. INC., a Delaware corporation, and MACHETE CORPORATION d/b/a MACHETE PRODUCTIONS, a California corporation; and DOES 1 through 10, inclusive,

    Defendants.

---

Civil Action No. 20-cv-8233

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Machete Corporation d/b/a Machete Productions states that it is a California Corporation with no publically held corporate parents, affiliates, or subsidiaries.

Dated: Los Angeles, CA

November 13, 2020

    Respectfully submitted,

    **DAVIS WRIGHT TREMAINE LLP**

    By: */s/ Jonathan L. Segal*
        Jonathan L. Segal

    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    (213) 633-8667
    jonathansegal@dwt.com
    *Attorneys for Machete Corporation d/b/a Machete Productions*