# Exhibit A

| | |
|---|---|
| **From:** | Brigitte Khoury |
| **To:** | Wolfe, Owen |
| **Cc:** | Wexler, Michael; Coleman, Jesse M; Lauren Greene; James Burrell; Dhruv Vyas |
| **Subject:** | RE: Nourieli v. Lemonis - MTD - Ext. |
| **Date:** | Monday, December 21, 2020 3:33:00 PM |
| **Attachments:** | image001.png |

Hi Owen,

This is to confirm that all Defendants have agreed to grant Plaintiffs the two week extension to file our MTD. We also agree to grant ML Defendants an additional 7 days for their reply papers to be filed on January 27, 2021.

Best,

Brigitte

Brigitte Khoury | Gerard Fox Law, P.C. | (424) 777-4746 | bkhoury@gerardfoxlaw.com

**From:** Wolfe, Owen <OWolfe@seyfarth.com>
**Sent:** Friday, December 18, 2020 2:08 PM
**To:** Brigitte Khoury <bkhoury@gerardfoxlaw.com>
**Cc:** Wexler, Michael <MWexler@seyfarth.com>; Coleman, Jesse M <JMColeman@seyfarth.com>; Lauren Greene <lgreene@gerardfoxlaw.com>; James Burrell <jburrell@gerardfoxlaw.com>; Dhruv Vyas <dvyas@gerardfoxlaw.com>
**Subject:** RE: Nourieli v. Lemonis - MTD - Ext.

Brigitte,

Please confirm with the other defendants and, subject to that confirmation, we are fine with this extension, provided that the ML Defendants receive an additional 7 days for their reply papers, *i.e.*, until January 27, 2021.

Please also include Jesse Coleman (CC'd here) on future correspondence.

Regards,

Owen

**Owen Wolfe** | Associate | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-3389 | Fax: +1-917-344-1394
owolfe@seyfarth.com | www.seyfarth.com



---

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Brigitte Khoury <bkhoury@gerardfoxlaw.com>
**Sent:** Friday, December 18, 2020 3:20 PM
**To:** Wolfe, Owen <OWolfe@seyfarth.com>
**Cc:** Wexler, Michael <MWexler@seyfarth.com>; Lauren Greene <lgreene@gerardfoxlaw.com>; James Burrell <jburrell@gerardfoxlaw.com>; Dhruv Vyas <dvyas@gerardfoxlaw.com>
**Subject:** Nourieli v. Lemonis - MTD - Ext.


**[EXT. Sender]**

Dear Counsel,

Given the Holidays are upon us, we are writing to request a brief two week extension for Plaintiffs to respond to Defendants Marcus Lemonis and Marcus Lemonis LLC's MTD, currently due December 30, 2020. The new date would be January 13, 2021.

Please advise whether you are agreeable to this new date and extension.

Best,

**Brigitte J. Khoury**
*Associate*
GERARD FOX LAW P.C.
1880 Century Park East., Suite 1410
Los Angeles, CA 90067
bkhoury@gerardfoxlaw.com
www.gerardfoxlaw.com [gerardfoxlaw.com]
T: (310)441-0500
F: (310)441-4447

Additional Locations:
New York, NY



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.