UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD NOURIELI, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MARCUS LEMONIS, *et al.*,<br><br>　　　　　　Defendants.<br><br>MARCUS LEMONIS, and MARCUS LEMONIS, LLC,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　　v.<br><br>HOWARD NOURIELI, and BOWERY KITCHEN SUPPLIES, INC.,<br><br>　　　　　　Counterclaim-Defendants. | Civil Action No. 20-cv-8233-JPO |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that:

(1)　Plaintiffs Howard Nourieli and Bowery Kitchen Supplies, Inc. ("Plaintiffs"), on the one side, and Counterclaim-Plaintiffs Marcus Lemonis and Marcus Lemonis, Inc., on the other side, hereby stipulate and agree that the above-captioned action, and all causes of action asserted therein, shall be dismissed in their entirety with prejudice, with each party to bear its own fees and costs;

(2)　Plaintiffs withdraw from any further consideration their pending motion for reconsideration of the Court's August 6, 2021 Order (Dkt. No. 59); and

1

(3)     Plaintiffs and CWI stipulate to dismissal with prejudice of this Action, with each party to bear its own fees and costs.

DATED: November 9, 2021

| GERARD FOX LAW P.C. | SEYFARTH SHAW LLP |
|---|---|
| /s/ *Gerard P. Fox*<br>Gerard P. Fox (admitted *pro hac vice*)<br>Marina V. Bogorad (admitted *pro hac vice*)<br>1880 Century Park East, Suite 1410<br>Los Angeles, CA 90067<br>Telephone: (310) 441-0500<br>Facsimile: (310) 441-4447<br>gfox@gerardfoxlaw.com<br>mbogorad@gerardfoxlaw.com<br><br>Attorneys for Plaintiffs and Counterclaim-Defendants | /s/ *Owen R. Wolfe*<br>Michael D. Wexler<br>(admitted pro hac vice)<br>233 S. Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5559<br><br>Jesse M. Coleman<br>(admitted *pro hac vice*)<br>700 Milam Street, Suite 1400<br>Houston, Texas 77002<br>Telephone: (713) 238-1805<br><br>Owen R. Wolfe (OW1931)<br>620 Eighth Avenue New York,<br>New York 10018<br>Telephone: (212) 218-5500<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs Marcus Lemonis and Marcus Lemonis, LLC<br><br>NEAL & MCDEVITT LLC<br><br>/s/ *Jeffrey T. Norberg*<br>Richard B. Biagi (Pro Hac Vice)<br>Jeffrey T. Norberg (Pro Hac Vice)<br>1776 Ash Street<br>Northfield, IL 60093<br>Telephone/Fax: (847) 881-2468/<br>(847) 441-0911<br>jnorberg@nealmcdevitt.com<br>Attorneys for Defendant CWI, Inc. |