UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD NOURIELI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCUS LEMONIS, *et al.*, <br><br> Defendants. <br><br> MARCUS LEMONIS, and MARCUS LEMONIS, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HOWARD NOURIELI, and BOWERY KITCHEN SUPPLIES, INC., <br><br> Counterclaim-Defendants. | Civil Action No. 20-cv-8233-JPO |

## **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that:

(1) Plaintiffs Howard Nourieli and Bowery Kitchen Supplies, Inc. ("Plaintiffs"), on the one side, and Counterclaim-Plaintiffs Marcus Lemonis and Marcus Lemonis, Inc., on the other side, hereby stipulate and agree that the above-captioned action, and all causes of action asserted therein, shall be dismissed in their entirety with prejudice, with each party to bear its own fees and costs;

(2) Plaintiffs withdraw from any further consideration their pending motion for reconsideration of the Court's August 6, 2021 Order (Dkt. No. 59), thus rendering the dismissal of Defendant Machete Corp. with prejudice final; and

1

(3) Plaintiffs and CWI stipulate to dismissal with prejudice of this Action, with each party to bear its own fees and costs.

DATED: November 9, 2021

| GERARD FOX LAW P.C. | SEYFARTH SHAW LLP |
|---|---|
| _____ | _____ |
| Gerard P. Fox (admitted *pro hac vice*) | Michael D. Wexler |
| Marina V. Bogorad (admitted *pro hac vice*) | (admitted pro hac vice) |
| 1880 Century Park East, Suite 1410 | 233 S. Wacker Drive, Suite 8000 |
| Los Angeles, CA 90067 | Chicago, Illinois 60606-6448 |
| Telephone: (310) 441-0500 | Telephone: (312) 460-5559 |
| Facsimile: (310) 441-4447 | |
| gfox@gerardfoxlaw.com | Jesse M. Coleman |
| mbogorad@gerardfoxlaw.com | (admitted *pro hac vice*) |
| | 700 Milam Street, Suite 1400 |
| Attorneys for Plaintiffs and Counterclaim-Defendants | Houston, Texas 77002 |
| | Telephone: (713) 238-1805 |
| | |
| | Owen R. Wolfe (OW1931) |
| | 620 Eighth Avenue New York, |
| | New York 10018 |
| | Telephone: (212) 218-5500 |
| | |
| | Attorneys for Defendants and Counterclaim-Plaintiffs Marcus Lemonis and Marcus Lemonis, LLC |
| | |
| | NEAL & MCDEVITT LLC |
| | |
| | _____ |
| | Richard B. Biagi (Pro Hac Vice) |
| | Jeffrey T. Norberg (Pro Hac Vice) |
| | 1776 Ash Street |
| | Northfield, IL 60093 |
| | Telephone/Fax: (847) 881-2468/ (847) 441-0911 |
| | jnorberg@nealmcdevitt.com |
| | Attorneys for Defendant CWI, Inc. |

(3) Plaintiffs and CWI stipulate to dismissal with prejudice of this Action, with each party to bear its own fees and costs.

DATED: November 9, 2021

| | |
|---|---|
| GERARD FOX LAW P.C. | SEYFARTH SHAW LLP |
| _____ | _____ |
| Gerard P. Fox (admitted *pro hac vice*) | Michael D. Wexler |
| Marina V. Bogorad (admitted *pro hac vice*) | (admitted pro hac vice) |
| 1880 Century Park East, Suite 1410 | 233 S. Wacker Drive, Suite 8000 |
| Los Angeles, CA 90067 | Chicago, Illinois 60606-6448 |
| Telephone: (310) 441-0500 | Telephone: (312) 460-5559 |
| Facsimile: (310) 441-4447 | |
| gfox@gerardfoxlaw.com | Jesse M. Coleman |
| mbogorad@gerardfoxlaw.com | (admitted *pro hac vice*) |
| | 700 Milam Street, Suite 1400 |
| Attorneys for Plaintiffs and Counterclaim-Defendants | Houston, Texas 77002 |
| | Telephone: (713) 238-1805 |
| | |
| | Owen R. Wolfe (OW1931) |
| | 620 Eighth Avenue New York, |
| | New York 10018 |
| | Telephone: (212) 218-5500 |
| | |
| | Attorneys for Defendants and Counterclaim-Plaintiffs Marcus Lemonis and Marcus Lemonis, LLC |
| | |
| | NEAL & MCDEVITT LLC |
| | _____ |
| | Richard B. Biagi (Pro Hac Vice) |
| | Jeffrey T. Norberg (Pro Hac Vice) |
| | 1776 Ash Street |
| | Northfield, IL 60093 |
| | Telephone/Fax: (847) 881-2468/ (847) 441-0911 |
| | jnorberg@nealmcdevitt.com |
| | Attorneys for Defendant CWI, Inc. |

All claims and counterclaims in this action are hereby dismissed with prejudice pursuant to this stipulation.
The motions at ECF 60 and 73 are denied as moot.
The Clerk of Court is directed to terminate those motions and close this case.
So ordered:
11/19/2021

_____
J. PAUL OETKEN
United States District Judge

2